**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 26-00291-01-CR-W-FJG |
| Plaintiff, | **COUNT ONE** |
| | ***Unlawful Possession of an Unregistered Firearm – Destructive Devices*** |
| v. | 26 U.S.C. §§§ 5845(a)(8), 5861(d) and 5871 |
| LAKE ETHAN ROBERTS, | NMT 10 Years' Imprisonment |
| [DOB: 06/28/2000] | NMT $10,000 Fine |
| | NMT 3 Years' Supervised Release |
| Defendant. | Class C Felony |
| | $100 Mandatory Special Assessment |

**I N D I C T M E N T**

<u>THE GRAND JURY CHARGES THAT:</u>

<u>**COUNT ONE**</u>
*(Unlawful Possession of an Unregistered Firearm - Destructive Devices)*

On or about May 14, 2026, in the Western District of Missouri, the defendant, **LAKE ETHAN ROBERTS**, knowingly possessed two firearms,[1] that is two destructive devices, to wit, two items **ROBERTS** referred to as "alcohol shooters filled with black powder surrounded with steel BBs" that constitute two improvised explosive devices (IEDs), also called homemade bombs, generally consisting of explosive main charges, methods of initiation, and containers and enhancements, specifically bottles surrounded by BBs that were adhered to the bottles with duct tape, as defined in 26 U.S.C. § 5845(a)(8) and (f), that were not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5861(a) and 5871.

---

[1] Title 26, United States Code, Section 5845(a)(8) defines the term "firearm" to include a "destructive device." Section 5845(f) defines "destructive device" to include any explosive or incendiary bomb or similar device.

A TRUE BILL.

June 24, 2026
DATE

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/William A. Alford, III*
William A. Alford, III
Assistant United States Attorney
Western District of Missouri

2