**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>LAKE ETHAN ROBERTS,<br>Defendant. | Criminal No. 25-00004-01-CR-W-DGK<br>Complaint No. 26-MJ-00078-JAM |

**MOTION TO DISMISS COMPLAINT**

Comes now William A. Alford, Assistant United States Attorney, and moves the Court to dismiss the complaint filed on May 28, 2026, before United States Magistrate Judge Sarah W. Hays, at Kansas City, Missouri, charging the defendant, Lake Ethan Roberts, with unlawful possession of unregistered firearms-destructive devices in violation of Title 26 United States Code, Sections 5845(a)(8), 5861(d) and 5871.

*/s/William A. Alford*
William A. Alford
Assistant United States Attorney
Western District of Missouri

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on June 25, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/*William A. Alford*
William A. Alford
Assistant United States Attorney