**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 26-00291-01-CR-W-FJG |
| | ) | Crim. Complaint No.: 26-mj-00078-JAM |
| LAKE ETHAN ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon application of the Assistant United States Attorney William A. Alford, for the Western District of Missouri, and with an indictment having been returned, it is hereby **ORDERED** that the motion to dismiss the criminal complaint is granted.

Dated: 7/1/2026

*/s/Jill A. Morris*
HONORABLE JILL A. MORRIS
United States Magistrate Judge